**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your monthly mortgage statement

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

26110 SP 2837   RE   OC1
THOMAS LAMOUREUX
115A VICTORY ST
CUMBERLAND, RI 02864-5360

Loan number: 7145650607
Payment Due Date: 4/1/2020
**Amount Due: $1,166.52**
*If payment is received after 4/16/2020, a $37.00 late fee will be charged.*

Statement Date: 3/30/2020

### Account Information

| | |
|---|---|
| Property Address | 115 A&B VICTORY ST CUMBERLAND, RI 02864 |
| Outstanding Principal Balance (not payoff amount) | $167,680.19 |
| Current Interest Rate | 3.8750% |
| Prepayment Penalty | No |
| Escrow Balance | $620.31 |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $198.66 |
| Interest | $541.47 |
| Escrow (for Taxes and Insurance) | $389.39 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $1,129.52 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $29.50 |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $0.00 |
| Total Amount Due | $1,166.52 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $198.02 | $717.51 |
| Interest | $542.11 | $1,628.84 |
| Escrow (Taxes and/or Insurance) | $389.39 | $1,168.17 |
| Fees | $7.50 | $22.50 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$1,137.02** | **$3,537.02** |

### Important Messages

You are currently due for the 4-1-2020 payment.
Your last full payment was applied to the payment due 3-1-2020.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Transaction Activity

| Date | Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/30 | 03/30 | Payment | $195.02 | $542.11 | $389.39 | $0.00 | $0.00 | $0.00 | $0.00 | $1,129.52 |
| 03/30 | 03/30 | Payment | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $0.00 | $7.50 |
| 03/30 | | SpeedPay Assessed | $0.00 | $0.00 | $0.00 | -$7.50 | $0.00 | $0.00 | $0.00 | $0.00 |

### Important Information

If it's not possible to make the monthly payment due to impacts from COVID-19, please notify us right away. You can notify us by emailing covid19assistance@mortgagefamily.com. We may have assistance options available and we are here to help. We appreciate your support in using the self-serve options as our wait times may be extended due to anticipated volume related to COVID-19.

Page 1 of 2

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: 7145650607
THOMAS LAMOUREUX

PHH Mortgage Services
P O BOX 371458
PITTSBURGH, PA 15250-7458

| | |
|---|---|
| Payment Due Date | 4/1/2020 |
| Regular Monthly Payment | $1,129.52 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $29.50 |
| Assessed Expenses | $0.00 |
| Past Due Payments | $0.00 |
| Total Amount Due | $1,166.52 |

*If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.*

| | |
|---|---|
| Extra principal | $_____ |
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify)_____ | $_____ |
| Total check enclosed | $_____ |

99 954 7145650607 0000116652 0000112952 7

**EXHIBIT 3**

# For your information

PHH Mortgage Services will perform all servicing activities for your mortgage loan.

### Pay by phone or web:
You can make your payment by phone at 1-877-726-3273 or visit the website shown on the front of this statement to make a Speedpay payment. You may also make one time additional principal payments as long as your account is current. To have your payment or additional principal post the same business day, your payment must be completed by 8:00 pm ET, Monday through Friday. Please note a fee may apply.

### How we process your payment
When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you would like to opt out of this program or if you have any questions, please call us at the phone number shown on the front of this statement.

### Can I pay additional principal at any time?
Yes. Additional principal payments can be deducted with your Direct Debit monthly payment from your designated checking or savings account. The payment coupon on your statement also allows you to indicate an additional principal payment with your monthly payment.

You can also make a one-time additional principal payment by mailing a check to:

Payment Processing
P.O. Box 371458
Pittsburgh, PA 15250-7458

Please make sure to put both your account number and indicate "Principal Only" in the memo section of your check. Your account must be current in order to make an additional principal payment.

### Receipt and Crediting of Payments
Payments received Monday-Saturday at the address on the payment coupon provided will be credited the date of receipt if 1) in US dollars in the form of a check drawn on a US Bank, and 2) received in the envelope provided with the payment coupon enclosed. All other mailed payments are considered to be non-conforming and may not be credited for up to 5 business days. Please write your loan number on your check and do not send cash or attach your check to the payment coupon. Payments that otherwise comply with the 2 criteria stated but are received on legal holidays or on a Sunday may not be credited until the next business day.

### Information about taxes
If you have an escrow account, we'll arrange with your tax authority to have your regular tax bills sent directly to us. However, some tax authorities may continue to send your regular tax bills to you directly. Your tax authority will send other types of tax bills, such as corrected, supplemental or special assessment bills, directly to you.

If you have an escrow account and you receive a tax bill, write your loan number on the bill and send it as soon as possible to:

PHH Mortgage Services
Attention: Tax Department
P.O. Box 24665
West Palm Beach, FL 33416-4665

For information about your escrow account, such as the date taxes were paid, the amount of taxes paid, or the property description used for tax purposes, visit the website shown on the front of this statement

### Information about hazard insurance
Under the terms of your mortgage, you must maintain a property insurance policy with the appropriate coverage and deductible amounts.

The coverage must include homeowner/fire, windstorm and earthquake coverage if required. If your home is located in a FEMA designated flood zone, you will also be required to maintain appropriate flood insurance.

04PHM098507      rev 1/19      Page 2

If you have an escrow account, the annual premiums for your hazard insurance will be paid from your escrow account. If you do not have an escrow account, you must provide us a copy of your current hazard insurance policy and payment receipt. If you do not provide us this information, we'll obtain hazard insurance at your expense. The coverage we obtain may not be comparable to a policy that you would choose.

### Contact information for general insurance
Mailing address:                                    Phone: 1-888-882-1855
  PHH Mortgage Services                             Fax: 1-937-525-4210
  Attention: Insurance Department P.O. Box 5954
  Springfield, OH 45501-5954

### Contact Information for property damage and loss draft checks
Mailing address:                                    Phone: 1-888-882-1855
  PHH Mortgage Services
  Attention: Loss Draft Department
  P.O. Box 7459 Springfield, OH 45501-7459

For insurance updates, visit www.mycoverageinfo.com and enter PIN CMG54.

### Requests for Information and Notices of Error, including Qualified Written Requests
If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

PHH Mortgage Services
P.O. Box 66002
Lawrenceville, NJ 08648

### Fees
The following is a list of fees we charge for the services indicated. We may charge a fee for this service where permitted by applicable law. Additional fees may apply for services not listed. For additional information regarding fees, you may contact us at the number on the front of your statement.

| | |
|---|---|
| Loan History | $0 - $10.00 |
| Returned Payment Fee | $0 - $50.00 |
| Paying by Phone or Web | $0 - $17.50 |
| Lien Release | Varies by State |
| Wire Fee | $0 - $25.00 |
| Certified Mail Fee | $0 - $7.30 |
| Payoff Quote | $0 - $30.00 |

### Important Bankruptcy Information
If your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

### Information about Mortgage Counseling or Assistance
If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Additional educational resources are available at Fannie Mae's Know Your Options website, https://www.knowyouroptions.com/.
Additional payment assistance options are also available by contacting PHH Mortgage Services.

### State Disclosures
California Property Owners – An escalation hotline has been established for California consumers with concerns about their mortgage account. The toll-free hotline is available at 877-726-5793. Also, if you would like to request an accounting of your escrow account pursuant to California Civil Code Section 2954, you may contact us to request this information.

### Change of name or address
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                          Suite no.

City                              State              Zip Code

Home telephone              Business telephone       Extension
(    )                      (    )

E-mail address

**PHH Mortgage Services**
PO Box 5452
Mt. Laurel, NJ 08054-5452

THOMAS LAMOUREUX

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300
Loan number: 7145650607

**Important Information**

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

**PHH Mortgage Services**
PO Box 5452
Mt. Laurel, NJ 08054-5452

**PHH MORTGAGE**

PHH Mortgage Services
PO Box 5452
Mt. Laurel, NJ 08054-5452

## Your monthly mortgage statement

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

23185 SP 2795   RE   OC1
THOMAS LAMOUREUX
115A VICTORY ST
CUMBERLAND, RI 02864-5360

Loan number: 7145650607
Payment Due Date: 3/1/2020
**Amount Due: $1,129.52**
*If payment is received after 3/16/2020, a $37.00 late fee will be charged.*

Statement Date: 2/6/2020

### Account Information

| Property Address | 115 A&B VICTORY ST CUMBERLAND, RI 02864 |
|---|---|
| Outstanding Principal Balance (not payoff amount) | $167,878.21 |
| Current Interest Rate | 3.8750% |
| Prepayment Penalty | No |
| Escrow Balance | $456.35 |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| Principal | $198.02 |
|---|---|
| Interest | $542.11 |
| Escrow (for Taxes and Insurance) | $389.39 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $1,129.52 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50- |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $0.00 |
| **Total Amount Due** | **$1,129.52** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $260.16 | $519.49 |
| Interest | $542.95 | $1,088.73 |
| Escrow (Taxes and/or Insurance) | $389.39 | $778.78 |
| Fees | $7.50 | $15.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $1,200.00 | $2,400.00 |

### Important Messages

You are currently due for the 3-1-2020 payment.
Your last full payment was applied to the payment due 2-1-2020.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity

| Date | Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/30 | | City Tax CUMBERLAND TOWN | $0.00 | $0.00 | -$728.49 | $0.00 | $0.00 | $0.00 | $728.49 |
| 02/04 | | Hazard Insurance AMERICAN SECURITY INS CO | $0.00 | $0.00 | -$151.25 | $0.00 | $0.00 | $0.00 | $151.25 |
| 02/05 | 02/06 | Payment | $197.18 | $542.95 | $389.39 | $0.00 | $0.00 | $0.00 | $1,129.52 |
| 02/05 | 02/06 | Extra Principal | $62.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62.98 |
| 02/06 | 02/06 | Payment | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $7.50 |
| 02/06 | | SpeedPay Assessed | $0.00 | $0.00 | $0.00 | -$7.50 | $0.00 | $0.00 | $0.00 |

Page 1 of 4

---

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: 7145650607
THOMAS LAMOUREUX

PHH Mortgage Services
P O BOX 371458
PITTSBURGH, PA 15250-7458

| Payment Due Date | 3/1/2020 |
|---|---|
| Regular Monthly Payment | $1,129.52 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50- |
| Assessed Expenses | $0.00 |
| Past Due Payments | $0.00 |
| **Total Amount Due** | **$1,129.52** |

*If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.*

| Extra principal | $_____ |
|---|---|
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify)_____ | $_____ |
| **Total check enclosed** | $_____ |

99 954 7145650607 0000116652 0000112952 7

## For your information

PHH Mortgage Services will perform all servicing activities for your mortgage loan.

### Pay by phone or web:
You can make your payment by phone at 1-877-729-3273 or visit the website shown on the front of this statement to make a Speedpay payment. You may also make one time additional principal payments as long as your account is current. To have your payment or additional principal post the same business day, your payment must be completed by 8:00 pm ET, Monday through Friday. Please note a fee may apply.

### How we process your payment
When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you would like to opt out of this program or if you have any questions, please call us at the phone number shown on the front of this statement.

### Can I pay additional principal at any time?
Yes. Additional principal payments can be deducted with your Direct Debit monthly payment from your designated checking or savings account. The payment coupon on your statement also allows you to indicate an additional principal payment with your monthly payment.

You can also make a one-time additional principal payment by mailing a check to:

Payment Processing
P.O. Box 371458
Pittsburgh, PA 15250-7458

Please make sure to put both your account number and indicate "Principal Only" in the memo section of your check. Your account must be current in order to make an additional principal payment.

### Receipt and Crediting of Payments
Payments received Monday-Saturday at the address on the payment coupon provided will be credited the date of receipt if 1) in US dollars in the form of a check drawn on a US Bank, and 2) received in the envelope provided with the payment coupon enclosed. All other mailed payments are considered to be non-conforming and may not be credited for up to 5 business days. Please write your loan number on your check and do not send cash or attach your check to the payment coupon. Payments that otherwise comply with the 2 criteria stated but are received on legal holidays or on a Sunday may not be credited until the next business day.

### Information about taxes
If you have an escrow account, we'll arrange with your tax authority to have your regular tax bills sent directly to us. However, some tax authorities may continue to send your regular tax bills to you directly. Your tax authority will send other types of tax bills, such as corrected, supplemental or special assessment bills, directly to you.

If you have an escrow account and you receive a tax bill, write your loan number on the bill and send it as soon as possible to:

PHH Mortgage Services
Attention: Tax Department
P.O. Box 24665
West Palm Beach, FL 33416-4665

For information about your escrow account, such as the date taxes were paid, the amount of taxes paid, or the property description used for tax purposes, visit the website shown on the front of this statement.

### Information about hazard insurance
Under the terms of your mortgage, you must maintain a property insurance policy with the appropriate coverage and deductible amounts.

The coverage must include homeowner/fire, windstorm and earthquake coverage if required. If your home is located in a FEMA designated flood zone, you will also be required to maintain appropriate flood insurance.

04PHM090507     rev 2/20     Page 2

If you have an escrow account, the annual premiums for your hazard insurance will be paid from your escrow account. If you do not have an escrow account, you must provide us a copy of your current hazard insurance policy and payment receipt. If you do not provide us this information, we'll obtain hazard insurance at your expense. The coverage we obtain may not be comparable to a policy that you would choose.

### Contact information for general insurance
Mailing address:

PHH Mortgage Services
Attention: Insurance Department P.O. Box 5954
Springfield, OH 45501-5954

Phone: 1-888-882-1855
Fax: 1-937-525-4210

### Contact information for property damage and loss draft checks
Mailing address:
Phone: 1-888-882-1855

PHH Mortgage Services
Attention: Loss Draft Department
P.O. Box 7459 Springfield, OH 45501-7459

For insurance updates, visit www.mycoverageinfo.com and enter PIN CM954.

### Requests for Information and Notices of Error, including Qualified Written Requests
If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

PHH Mortgage Services
P.O. Box 66002
Lawrenceville, NJ 08648

### Fees
The following is a list of fees we charge for the services indicated. We may charge a fee for this service where permitted by applicable law. Additional fees may apply for services not listed. For additional information regarding fees, you may contact us at the number on the front of your statement.

| | |
|---|---|
| Loan History | $0 - $10.00 |
| Returned Payment Fee | $0 - $25.00 |
| Paying by Phone or Web | $0 - $17.50 |
| Lien Release | $0 - $15.00 |
| Wire Fee | $0 - $25.00 |
| Certified Mail Fee | $0 - $15.00 |
| Payoff Quote | $0 - $30.00 |

### Important Information
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

### Information about Mortgage Counseling or Assistance
If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Additional educational resources are available at Fannie Mae's Know Your Options website, https://www.knowyouroptions.com/.
Additional payment assistance options are also available by contacting PHH Mortgage Services.

### State Disclosures
California Property Owners – An escalation hotline has been established for California consumers with concerns about their mortgage account. The toll-free hotline is available at 877-726-5793. Also, if you would like to request an accounting of your escrow account pursuant to California Civil Code Section 2954, you may contact us to request this information.

### Change of name or address
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                                     Suite no.

City                              State              Zip Code

Home telephone                    Business telephone    Extension
(    )                            (    )
E-mail address

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 1452
Mt. Laurel, NJ 08054-5452

## Your monthly mortgage statement

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

44445 SP 2777   RE   OC2
THOMAS LAMOUREUX
115A VICTORY ST
CUMBERLAND, RI 02864-5360

Loan number: 7145650607
Payment Due Date: 2/1/2020
**Amount Due: $1,129.52**
If payment is received after 2/16/2020, a $37.00 late fee will be charged.

Statement Date: 1/10/2020

### Account Information

| Property Address | 115 A&B VICTORY ST CUMBERLAND, RI 02864 |
|---|---|
| Outstanding Principal Balance (not payoff amount) | $166,138.37 |
| Current Interest Rate | 3.8750% |
| Prepayment Penalty | No |
| Escrow Balance | $926.70 |
| Suspense Balance | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $259.33 | $259.33 |
| Interest | $543.78 | $543.78 |
| Escrow (Taxes and/or Insurance) | $389.39 | $389.39 |
| Fees | $7.50 | $7.50 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $1,200.00 | $1,200.00 |

### Explanation of Amount Due

| Principal | $197.18 |
|---|---|
| Interest | $542.95 |
| Escrow (for Taxes and Insurance) | $389.39 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,129.52** |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50- |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $0.00 |
| Total Amount Due | $1,129.52 |

### Important Messages

You are currently due for the 2-1-2020 payment.
Your last full payment was applied to the payment due 1-1-2020.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity

| Date | Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/31 | | Interest On Escrow | $0.00 | $0.00 | $0.17 | $0.00 | $0.00 | $0.00 | $0.17 |
| 12/31 | | Interest On Escrow | $0.00 | $0.00 | $18.89 | $0.00 | $0.00 | $0.00 | $18.89 |
| 01/06 | | Hazard Insurance AMERICAN SECURITY INS CO | $0.00 | $0.00 | -$131.25 | $0.00 | $0.00 | $0.00 | $131.25 |
| 01/10 | 01/10 | Payment | $196.95 | $543.78 | $389.39 | $0.00 | $0.00 | $0.00 | $1,129.52 |
| 01/10 | 01/10 | Extra Principal | $62.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62.95 |
| 01/10 | 01/10 | Payment | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $7.50 |
| 01/10 | | SpeedPay Assessed | $0.00 | $0.00 | $0.00 | -$7.50 | $0.00 | $0.00 | $0.00 |

Page 1 of 10

| Payment Due Date | 2/1/2020 |
|---|---|
| Regular Monthly Payment | $1,129.52 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50- |
| Assessed Expenses | $0.00 |
| Past Due Payments | $0.00 |
| Total Amount Due | $1,129.52 |

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: 7145650607
THOMAS LAMOUREUX

PHH Mortgage Services
P O BOX 371458
PITTSBURGH, PA 15250-7458

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.

| Extra principal | $_____ |
|---|---|
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify) _____ | $_____ |
| **Total check enclosed** | $_____ |

99 954 7145650607 0000116652 0000112952 7

# For your information

PHH Mortgage Services will perform all servicing activities for your mortgage loan.

**Pay by phone or web:**
You can make your payment by phone at 1-877-729-3273 or visit the website shown on the front of this statement to make a Speedpay payment. You may also make one time additional principal payments as long as your account is current. To have your payment or additional principal post the same business day, your payment must be completed by 8:00 pm ET, Monday through Friday. Please note a fee may apply.

**How we process your payment**
When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you would like to opt out of this program or if you have any questions, please call us at the phone number shown on the front of this statement.

**Can I pay additional principal at any time?**
Yes. Additional principal payments can be deducted with your Direct Debit monthly payment from your designated checking or savings account. The payment coupon on your statement also allows you to indicate an additional principal payment with your monthly payment.

You can also make a one-time additional principal payment by mailing a check to:

Payment Processing
P.O. Box 371458
Pittsburgh, PA 15250-7458

Please make sure to put both your account number and indicate "Principal Only" in the memo section of your check. Your account must be current in order to make an additional principal payment.

**Receipt and Crediting of Payments**
Payments received Monday-Saturday at the address on the payment coupon provided will be credited the date of receipt if 1) in US dollars in the form of a check drawn on a US Bank, and 2) received in the envelope provided with the payment coupon enclosed. All other mailed payments are considered to be non-conforming and may not be credited for up to 5 business days. Please write your loan number on your check and do not send cash or attach your check to the payment coupon. Payments that otherwise comply with the 2 criteria stated but are received on legal holidays or on a Sunday may not be credited until the next business day.

**Information about taxes**
If you have an escrow account, we'll arrange with your tax authority to have your regular tax bills sent directly to us. However, some tax authorities may continue to send your regular tax bills to you directly. Your tax authority will send other types of tax bills, such as corrected, supplemental or special assessment bills, directly to you.

If you have an escrow account and you receive a tax bill, write your loan number on the bill and send it as soon as possible to:

PHH Mortgage Services
Attention: Tax Department
P.O. Box 24665
West Palm Beach, FL 33416-4665

For information about your escrow account, such as the date taxes were paid, the amount of taxes paid, or the property description used for tax purposes, visit the website shown on the front of this statement.

**Information about hazard insurance**
Under the terms of your mortgage, you must maintain a property insurance policy with the appropriate coverage and deductible amounts.

The coverage must include homeowner/fire, windstorm and earthquake coverage if required. If your home is located in a FEMA designated flood zone, you will also be required to maintain appropriate flood insurance.

If you have an escrow account, the annual premiums for your hazard insurance will be paid from your escrow account. If you do not have an escrow account, you must provide us a copy of your current hazard insurance policy and payment receipt. If you do not provide us this information, we'll obtain hazard insurance at your expense. The coverage we obtain may not be comparable to a policy that you would choose.

**Contact Information for general insurance**
Mailing address:                                Phone: 1-888-882-1855
PHH Mortgage Services                           Fax: 1-937-525-4210
Attention: Insurance Department P.O. Box 5954
Springfield, OH 45501-5954

**Contact information for property damage and loss draft checks**
Mailing address:                                Phone: 1-888-882-1855
PHH Mortgage Services
Attention: Loss Draft Department
P.O. Box 7459 Springfield, OH 45501-7459

For insurance updates, visit www.mycoverageinfo.com and enter PIN CM954.

**Requests for Information and Notices of Error, including Qualified Written Requests**
If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

PHH Mortgage Services
P.O. Box 66002
Lawrenceville, NJ 08648

**Fees**
The following is a list of fees we charge for the services indicated. We may charge a fee for this service where permitted by applicable law. Additional fees may apply for services not listed. For additional information regarding fees, you may contact us at the number on the front of your statement.

| | |
|---|---|
| Loan History | $0 - $10.00 |
| Returned Payment Fee | $0 - $50.00 |
| Paying by Phone or Web | $0 - $17.50 |
| Lien Release | Varies by State |
| Wire Fee | $0 - $25.00 |
| Certified Mail Fee | $0 - $7.30 |
| Payoff Quote | $0 - $30.00 |

**Important Bankruptcy Information**
If your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

**Information about Mortgage Counseling or Assistance**
If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Additional educational resources are available at Fannie Mae's KnowYour Options website, https://www.knowyouroptions.com/.
Additional payment assistance options are also available by contacting PHH Mortgage Services.

**State Disclosures**
California Property Owners – An escalation hotline has been established for California consumers with concerns about their mortgage account. The toll-free hotline is available at 877-725-5793. Also, if you would like to request an accounting of your escrow account pursuant to California Civil Code Section 2954, you may contact us to request this information.

04PHM096507    rev 1/19    Page 2

---

**Change of name or address**
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                                    Suite no.

City                              State                         Zip Code

Home telephone               Business telephone              Extension
(      )                     (      )

E-mail address

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 1582
Mt. Laurel, NJ 08054-6452

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300
Loan number: 7145650607

THOMAS LAMOUREUX

## Important Information

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# PHH MORTGAGE

PHH Mortgage Services
Mt. Laurel, NJ 08054-5452

## Your monthly mortgage statement

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

35657 SP 2758   RE   OC1
THOMAS LAMOUREUX
115A VICTORY ST
CUMBERLAND, RI 02864-5360

| | |
|---|---|
| Loan number: | 7145650607 |
| Payment Due Date: | 1/1/2020 |
| **Amount Due:** | **$1,129.52** |

*If payment is received after 1/16/2020, a $37.00 late fee will be charged.*

**Statement Date:** 12/13/2019

### Account Information

| | |
|---|---|
| Property Address | 115 A&B VICTORY ST CUMBERLAND, RI 02864 |
| Outstanding Principal Balance (not payoff amount) | $168,397.70 |
| Current Interest Rate | 3.8750% |
| Prepayment Penalty | No |
| Escrow Balance | $649.50 |
| Suspense Balance | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $258.49 | $3,077.34 |
| Interest | $544.62 | $7,136.40 |
| Escrow (Taxes and/or Insurance) | $389.39 | $5,340.20 |
| Fees | $7.50 | $141.02 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$1,200.00** | **$15,694.96** |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $196.35 |
| Interest | $543.78 |
| Escrow (for Taxes and Insurance) | $389.39 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,129.52** |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50- |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $0.00 |
| **Total Amount Due** | **$1,129.52** |

### Important Messages

You are currently due for the 1-1-2020 payment.
Your last full payment was applied to the payment due 12-1-2019.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity

| Date | | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/05 | | Hazard Insurance AMERICAN SECURITY INS CO | $0.00 | $0.00 | -$131.25 | $0.00 | $0.00 | $0.00 | $131.25 |
| 12/09 | | Water Tax CUMBERLAND FIRE DISTRICT | $0.00 | $0.00 | -$94.18 | $0.00 | $0.00 | $0.00 | $94.18 |
| 12/13 | 12/13 | Payment | $195.51 | $544.62 | $389.39 | $0.00 | $0.00 | $0.00 | $1,129.52 |
| 12/13 | 12/13 | Extra Principal | $62.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62.93 |
| 12/13 | 12/13 | Payment | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $7.50 |
| 12/13 | | SpeedPay Assessed | $0.00 | $0.00 | $0.00 | -$7.50 | $0.00 | $0.00 | $0.00 |

Page 1 of 4

---

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: 7145650607
THOMAS LAMOUREUX

PHH Mortgage Services
P O BOX 371458
PITTSBURGH, PA 15250-7458

| | |
|---|---|
| Payment Due Date | 1/1/2020 |
| Regular Monthly Payment | $1,129.52 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50- |
| Assessed Expenses | $0.00 |
| Past Due Payments | $0.00 |
| **Total Amount Due** | **$1,129.52** |

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.

| | |
|---|---|
| Extra principal | $ _____ |
| Extra escrow | $ _____ |
| Unpaid late charges | $ _____ |
| Other (specify) _____ | $ _____ |
| Total check enclosed | $ _____ |

99 954 7145650607 0000116652 0000112952 7

# For your information

PHH Mortgage Services will perform all servicing activities for your mortgage loan.

### Pay by phone or web:
You can make your payment by phone at 1-877-729-3273 or visit the website shown on the front of this statement to make a Speedpay payment. You may also make one time additional principal payments as long as your account is current. To have your payment or additional principal post the same business day, your payment must be completed by 8:00 pm ET, Monday through Friday. Please note a fee may apply.

### How we process your payment
When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you would like to opt out of this program or if you have any questions, please call us at the phone number shown on the front of this statement.

### Can I pay additional principal at any time?
Yes. Additional principal payments can be deducted with your Direct Debit monthly payment from your designated checking or savings account. The payment coupon on your statement also allows you to indicate an additional principal payment with your monthly payment.

You can also make a one-time additional principal payment by mailing a check to:

Payment Processing
P.O. Box 371458
Pittsburgh, PA 15250-7458

Please make sure to put both your account number and indicate "Principal Only" in the memo section of your check. Your account must be current in order to make an additional principal payment.

### Receipt and Crediting of Payments
Payments received Monday-Saturday at the address on the payment coupon provided will be credited the date of receipt if 1) in US dollars in the form of a check drawn on a US Bank, and 2) received in the envelope provided with the payment coupon enclosed. All other mailed payments are considered to be non-conforming and may not be credited for up to 5 business days. Please write your loan number on your check and do not send cash or attach your check to the payment coupon. Payments that otherwise comply with the 2 criteria stated but are received on legal holidays or on a Sunday may not be credited until the next business day.

### Information about taxes
If you have an escrow account, we'll arrange with your tax authority to have your regular tax bills sent directly to us. However, some tax authorities may continue to send your regular tax bills to you directly. Your tax authority will send other types of tax bills, such as corrected, supplemental or special assessment bills, directly to you.

If you have an escrow account and you receive a tax bill, write your loan number on the bill and send it as soon as possible to:

PHH Mortgage Services
Attention: Tax Department
P.O. Box 24665
West Palm Beach, FL 33416-4665

For information about your escrow account, such as the date taxes were paid, the amount of taxes paid, or the property description used for tax purposes, visit the website shown on the front of this statement.

### Information about hazard insurance
Under the terms of your mortgage, you must maintain a property insurance policy with the appropriate coverage and deductible amounts.

The coverage must include homeowner/fire, windstorm and earthquake coverage if required. If your home is located in a FEMA designated flood zone, you will also be required to maintain appropriate flood insurance.

C4PHM096507    rev 1/19    Page 2

If you have an escrow account, the annual premiums for your hazard insurance will be paid from your escrow account. If you do not have an escrow account, you must provide us a copy of your current hazard insurance policy and payment receipt. If you do not provide us this information, we'll obtain hazard insurance at your expense. The coverage we obtain may not be comparable to a policy that you would choose.

### Contact information for general insurance
Mailing address:                                Phone: 1-866-882-1855
PHH Mortgage Services                           Fax: 1-937-525-4210
Attention: Insurance Department P.O. Box 5954
Springfield, OH 45501-5954

### Contact information for property damage and loss draft checks
Mailing address:                                Phone: 1-866-882-1855
PHH Mortgage Services
Attention: Loss Draft Department
P.O. Box 7459 Springfield, OH 45501-7459

For insurance updates, visit www.mycoverageinfo.com and enter PIN CM954.

### Requests for Information and Notices of Error, including Qualified Written Requests
If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

PHH Mortgage Services
P.O. Box 66002
Lawrenceville, NJ 08648

### Fees
The following is a list of fees we charge for the services indicated. We may charge a fee for this service where permitted by applicable law. Additional fees may apply for services not listed. For additional information regarding fees, you may contact us at the number on the front of your statement.

| | |
|---|---|
| Loan History | $0 - $10.00 |
| Returned Payment Fee | $0 - $50.00 |
| Paying by Phone or Web | $0 - $17.50 |
| Lien Release | Varies by State |
| Wire Fee | $0 - $25.00 |
| Certified Mail Fee | $0 - $7.30 |
| Payoff Quote | $0 - $30.00 |

### Important Bankruptcy Information
If your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

### Information about Mortgage Counseling or Assistance
If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Additional educational resources are available at Fannie Mae's Know Your Options website, https://www.knowyouroptions.com/.
Additional payment assistance options are also available by contacting PHH Mortgage Services.

### State Disclosures
California Property Owners – An escalation hotline has been established for California consumers with concerns about their mortgage account. The toll-free hotline is available at 877-726-5793. Also, if you would like to request an accounting of your escrow account pursuant to California Civil Code Section 2954, you may contact us to request this information.

---

### Change of name or address
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                                     Suite no.

City                          State                             Zip Code

Home telephone                Business telephone                Extension
(     )                       (     )

E-mail address

**PHH MORTGAGE**

PHH Mortgage Services
Mt. Laurel, NJ 08054-5452

THOMAS LAMOUREUX

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300
Loan number: 7145650607

### Important Information

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

**PHH MORTGAGE**

PHH Mortgage Services
Mt. Laurel, NJ 08054-5452

**Your monthly mortgage statement**

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

2715S SP 2727   PT RE   001
THOMAS LAMOUREUX
115A VICTORY ST
CUMBERLAND, RI 02864-5360

| Loan number: | 7145650607 |
|---|---|
| Payment Due Date: | 12/1/2019 |
| **Amount Due:** | **$1,129.52** |

*If payment is received after 12/16/2019, a $37.00 late fee will be charged.*

**Statement Date: 11/8/2019**

### Account Information

| Property Address | 115 A&B VICTORY ST CUMBERLAND, RI 02864 |
|---|---|
| Outstanding Principal Balance (not payoff amount) | $166,656.19 |
| Current Interest Rate | 3.8750% |
| Prepayment Penalty | No |
| Escrow Balance | $486.54 |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| Principal | $195.51 |
|---|---|
| Interest | $544.62 |
| Escrow (for Taxes and Insurance) | $389.39 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,129.52** |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50 |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $0.00 |
| **Total Amount Due** | **$1,129.52** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $257.86 | $2,818.86 |
| Interest | $545.15 | $6,591.78 |
| Escrow (Taxes and/or Insurance) | $389.39 | $4,950.81 |
| Fees | $7.50 | $133.52 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$1,200.00** | **$14,494.96** |

### Important Messages

You are currently due for the 12-1-2019 payment. Your last full payment was applied to the payment due 11-1-2019.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity

| Date | | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/06 | | City Tax CUMBERLAND TOWN | $0.00 | $0.00 | -$728.49 | $0.00 | $0.00 | $728.49 |
| 11/06 | | Hazard Insurance AMERICAN SECURITY INS CO | $0.00 | $0.00 | -$131.25 | $0.00 | $0.00 | $131.25 |
| 11/08 | 11/06 | Payment | $194.68 | $545.45 | $389.39 | $0.00 | $0.00 | $1,129.52 |
| 11/08 | 11/08 | Extra Principal | $62.98 | $0.00 | $0.00 | $0.00 | $0.00 | $62.98 |
| 11/08 | 11/08 | Payment | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $7.50 |
| 11/08 | | SpeedPay Assessed | $0.00 | $0.00 | $0.00 | -$7.50 | $0.00 | $0.00 |

Page 1 of 4

| Payment Due Date | 12/1/2019 |
|---|---|
| Regular Monthly Payment | $1,129.52 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50 |
| Assessed Expenses | $0.00 |
| Past Due Payments | $0.00 |
| **Total Amount Due** | **$1,129.52** |

Complete this coupon, tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: 7145650607
THOMAS LAMOUREUX

PHH Mortgage Services
P O BOX 371458
PITTSBURGH, PA 15250-7458

*If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.*

| Extra principal | $_____ |
|---|---|
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify) _____ | $_____ |
| **Total check enclosed** | $_____ |

99 954 7145650607 0000116652 0000112952 7

# For your information

PHH Mortgage Services will perform all servicing activities for your mortgage loan.

### Pay by phone or web:
You can make your payment by phone at 1-877-729-3273 or visit the website shown on the front of this statement to make a Speedpay payment. You may also make one time additional principal payments as long as your account is current. To have your payment or additional principal post the same business day, your payment must be completed by 8:00 pm ET, Monday through Friday. Please note a fee may apply.

### How we process your payment
When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you would like to opt out of this program or if you have any questions, please call us at the phone number shown on the front of this statement.

### Can I pay additional principal at any time?
Yes. Additional principal payments can be deducted with your Direct Debit monthly payment from your designated checking or savings account. The payment coupon on your statement also allows you to indicate an additional principal payment with your monthly payment.

You can also make a one-time additional principal payment by mailing a check to:

Payment Processing
P.O. Box 371458
Pittsburgh, PA 15250-7458

Please make sure to put both your account number and indicate "Principal Only" in the memo section of your check. Your account must be current in order to make an additional principal payment.

### Receipt and Crediting of Payments
Payments received Monday-Saturday at the address on the payment coupon provided will be credited the date of receipt if 1) in US dollars in the form of a check drawn on a US Bank, and 2) received in the envelope provided with the payment coupon enclosed. All other mailed payments are considered to be non-conforming and may not be credited for up to 5 business days. Please write your loan number on your check and do not send cash or attach your check to the payment coupon. Payments that otherwise comply with the 2 criteria stated but are received on legal holidays or on a Sunday may not be credited until the next business day.

### Information about taxes
If you have an escrow account, we'll arrange with your tax authority to have your regular tax bills sent directly to us. However, some tax authorities may continue to send your regular tax bills to you directly. Your tax authority will send other types of tax bills, such as corrected, supplemental or special assessment bills, directly to you.

If you have an escrow account and you receive a tax bill, write your loan number on the bill and send it as soon as possible to:

PHH Mortgage Services
Attention: Tax Department
P.O. Box 24655
West Palm Beach, FL 33416-4655

For information about your escrow account, such as the date taxes were paid, the amount of taxes paid, or the property description used for tax purposes, visit the website shown on the front of this statement.

### Information about hazard insurance
Under the terms of your mortgage, you must maintain a property insurance policy with the appropriate coverage and deductible amounts.

The coverage must include homeowner/fire, windstorm and earthquake coverage if required. If your home is located in a FEMA designated flood zone, you will also be required to maintain appropriate flood insurance.

04PHM096507   rev 1/19   Page 2

If you have an escrow account, the annual premiums for your hazard insurance will be paid from your escrow account. If you do not have an escrow account, you must provide us a copy of your current hazard insurance policy and payment receipt. If you do not provide us this information, we'll obtain hazard insurance at your expense. The coverage we obtain may not be comparable to a policy that you would choose.

### Contact information for general insurance
Mailing address:                                Phone: 1-888-682-1855
  PHH Mortgage Services                         Fax: 1-937-525-4210
  Attention: Insurance Department P.O. Box 5954
  Springfield, OH 45501-5954

### Contact information for property damage and loss draft checks
Mailing address:                                Phone: 1-888-682-1855
  PHH Mortgage Services
  Attention: Loss Draft Department
  P.O. Box 7459 Springfield, OH 45501-7459

For insurance updates, visit www.mycoverageinfo.com and enter PIN CM954.

### Requests for Information and Notices of Error, including Qualified Written Requests
If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

PHH Mortgage Services
P.O. Box 66002
Lawrenceville, NJ 08648

### Fees
The following is a list of fees we charge for the services indicated. We may charge a fee for this service where permitted by applicable law. Additional fees may apply for services not listed. For additional information regarding fees, you may contact us at the number on the front of your statement.

| Service | Fee |
|---|---|
| Loan History | $0 - $10.00 |
| Returned Payment Fee | $0 - $50.00 |
| Paying by Phone or Web | $0 - $17.50 |
| Lien Release | Varies by State |
| Wire Fee | $0 - $25.00 |
| Certified Mail Fee | $0 - $7.30 |
| Payoff Quote | $0 - $30.00 |

### Important Bankruptcy Information
If your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

### Information about Mortgage Counseling or Assistance
If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Additional educational resources are available at Fannie Mae's KnowYour Options website, https://www.knowyouroptions.com/.
Additional payment assistance options are also available by contacting PHH Mortgage Services.

### State Disclosures
California Property Owners – An escalation hotline has been established for California consumers with concerns about their mortgage account. The toll-free hotline is available at 877-726-5793. Also, if you would like to request an accounting of your escrow account pursuant to California Civil Code Section 2954, you may contact us to request this information.

### Change of name or address
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                                Suite no.

City                          State                        Zip Code

Home telephone                Business telephone           Extension
(   )                         (   )

E-mail address

**PHH MORTGAGE**

PHH Mortgage Services
Mt. Laurel, NJ 08054-5452

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300
Loan number: 7145650607

THOMAS LAMOUREUX

**Important Information**

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# PHH MORTGAGE

PHH Mortgage Services
Mt. Laurel, NJ 08054-5452

**Your monthly mortgage statement**

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-866-917-8300

18405 3P 2704   PT RE   OG1
THOMAS LAMOUREUX
115A VICTORY ST
CUMBERLAND, RI 02864-5360

Loan number: 7145650607
Payment Due Date: 11/1/2019
**Amount Due: $1,129.52**
*If payment is received after 11/16/2019, a $37.00 late fee will be charged.*

Statement Date: 10/9/2019

### Account Information

| | |
|---|---|
| Property Address | 115 A&B VICTORY ST CUMBERLAND, RI 02864 |
| Outstanding Principal Balance (not payoff amount) | $168,913.85 |
| Current Interest Rate | 3.8750% |
| Prepayment Penalty | No |
| Escrow Balance | $955.89 |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $194.68 |
| Interest | $545.45 |
| Escrow (for Taxes and Insurance) | $389.39 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,129.52** |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50 |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $0.00 |
| **Total Amount Due** | **$1,129.52** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $194.05 | $2,561.19 |
| Interest | $546.08 | $6,046.33 |
| Escrow (Taxes and/or Insurance) | $417.86 | $4,561.42 |
| Fees | $7.50 | $126.02 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$1,165.49** | **$13,294.96** |

### Important Messages

You are currently due for the 11-1-2019 payment. Your last full payment was applied to the payment due 10-1-2019.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity

| Date | | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/26 | | Water Tax CUMBERLAND FIRE DISTRICT | $0.00 | $0.00 | -$94.18 | $0.00 | $0.00 | $94.18 |
| 10/07 | | Hazard Insurance AMERICAN SECURITY INS CO | $0.00 | $0.00 | -$131.25 | $0.00 | $0.00 | $131.25 |
| 10/09 | 10/09 | Payment | $194.05 | $546.08 | $417.86 | $0.00 | $0.00 | $1,157.99 |
| 10/09 | 10/09 | Payment | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $7.50 |
| 10/09 | | SpeedPay Assessed | $0.00 | $0.00 | $0.00 | -$7.50 | $0.00 | $0.00 |

### Important Information

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

Page 1 of 2

---

Complete this coupon, tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: 7145650607
THOMAS LAMOUREUX

PHH Mortgage Services
P O BOX 371458
PITTSBURGH, PA 15250-7458

| | |
|---|---|
| Payment Due Date | 11/1/2019 |
| Regular Monthly Payment | $1,129.52 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50 |
| Assessed Expenses | $0.00 |
| Past Due Payments | $0.00 |
| **Total Amount Due** | **$1,129.52** |

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.

| | |
|---|---|
| Extra principal | $_____ |
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify)_____ | $_____ |
| Total check enclosed | $_____ |

99 954 7145650607 0000116652 0000112952 7

# For your information

PHH Mortgage Services will perform all servicing activities for your mortgage loan.

### Pay by phone or web:
You can make your payment by phone at 1-877-729-3273 or visit the website shown on the front of this statement to make a Speedpay payment. You may also make one time additional principal payments as long as your account is current. To have your payment or additional principal post the same business day, your payment must be completed by 8:00 pm ET, Monday through Friday. Please note a fee may apply.

### How we process your payment
When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you would like to opt out of this program or if you have any questions, please call us at the phone number shown on the front of this statement.

### Can I pay additional principal at any time?
Yes. Additional principal payments can be deducted with your Direct Debit monthly payment from your designated checking or savings account. The payment coupon on your statement also allows you to indicate an additional principal payment with your monthly payment.

You can also make a one-time additional principal payment by mailing a check to:

Payment Processing
P.O. Box 371458
Pittsburgh, PA 15250-7458

Please make sure to put both your account number and indicate "Principal Only" in the memo section of your check. Your account must be current in order to make an additional principal payment.

### Receipt and Crediting of Payments
Payments received Monday-Saturday at the address on the payment coupon provided will be credited the date of receipt if 1) in US dollars in the form of a check drawn on a US Bank, and 2) received in the envelope provided with the payment coupon enclosed. All other mailed payments are considered to be non-conforming and may not be credited for up to 5 business days. Please write your loan number on your check and do not send cash or attach your check to the payment coupon. Payments that otherwise comply with the 2 criteria stated but are received on legal holidays or on a Sunday may not be credited until the next business day.

### Information about taxes
If you have an escrow account, we'll arrange with your tax authority to have your regular tax bills sent directly to us. However, some tax authorities may continue to send your regular tax bills to you directly. Your tax authority will send other types of tax bills, such as corrected, supplemental or special assessment bills, directly to you.

If you have an escrow account and you receive a tax bill, write your loan number on the bill and send it as soon as possible to:

PHH Mortgage Services
Attention: Tax Department
P.O. Box 24655
West Palm Beach, FL 33416-4655

For information about your escrow account, such as the date taxes were paid, the amount of taxes paid, or the property description used for tax purposes, visit the website shown on the front of this statement.

### Information about hazard insurance
Under the terms of your mortgage, you must maintain a property insurance policy with the appropriate coverage and deductible amounts.

The coverage must include homeowner/fire, windstorm and earthquake coverage if required. If your home is located in a FEMA designated flood zone, you will also be required to maintain appropriate flood insurance.

04PHM096507    rev 1/19    Page 2

If you have an escrow account, the annual premiums for your hazard insurance will be paid from your escrow account. If you do not have an escrow account, you must provide us a copy of your current hazard insurance policy and payment receipt. If you do not provide us this information, we'll obtain hazard insurance at your expense. The coverage we obtain may not be comparable to a policy that you would choose.

### Contact information for general insurance
Mailing address:                                         Phone: 1-888-882-1855
PHH Mortgage Services                                    Fax: 1-937-525-4210
Attention: Insurance Department P.O. Box 5954
Springfield, OH 45501-5954

### Contact information for property damage and loss draft checks
Mailing address:                                         Phone: 1-888-882-1955
PHH Mortgage Services
Attention: Loss Draft Department
P.O. Box 7459 Springfield, OH 45501-7459

For insurance updates, visit www.mycoverageinfo.com and enter PIN CM954.

### Requests for Information and Notices of Error, including Qualified Written Requests
If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

PHH Mortgage Services
P.O. Box 66002
Lawrenceville, NJ 08648

### Fees
The following is a list of fees we charge for the services indicated. We may charge a fee for this service where permitted by applicable law. Additional fees may apply for services not listed. For additional information regarding fees, you may contact us at the number on the front of your statement.

| | |
|---|---|
| Loan History | $0 - $10.00 |
| Returned Payment Fee | $0 - $50.00 |
| Paying by Phone or Web | $0 - $17.50 |
| Lien Release | Varies by State |
| Wire Fee | $0 - $25.00 |
| Certified Mail Fee | $0 - $7.30 |
| Payoff Quote | $0 - $30.00 |

### Important Bankruptcy Information
If your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

### Information about Mortgage Counseling or Assistance
If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Additional educational resources are available at Fannie Mae's Know Your Options website, https://www.knowyouroptions.com/.
Additional payment assistance options are also available by contacting PHH Mortgage Services.

### State Disclosures
California Property Owners – An escalation hotline has been established for California consumers with concerns about their mortgage account. The toll-free hotline is available at 877-726-5793. Also, if you would like to request an accounting of your escrow account pursuant to California Civil Code Section 2954, you may contact us to request this information.

### Change of name or address
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                              Suite no.

City                                        State        Zip Code

Home telephone              Business telephone           Extension
(       )                   (       )

E-mail address

**PHH MORTGAGE**

PHH Mortgage Services
Mt. Laurel, NJ 08054-5452

**Your monthly mortgage statement**

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

28136 SP 2694    R5    OC1
THOMAS LAMOUREUX
115A VICTORY ST
CUMBERLAND, RI 02864-5360

Loan number: 7145650607
Payment Due Date: 10/1/2019
**Amount Due: $1,157.99**
*If payment is received after 10/16/2019, a $37.00 late fee will be charged.*

Statement Date: 9/12/2019

### Account Information

| | |
|---|---|
| Property Address | 115 A&B VICTORY ST CUMBERLAND, RI 02864 |
| Outstanding Principal Balance (not payoff amount) | $189,107.90 |
| Current Interest Rate | 3.8750% |
| Prepayment Penalty | No |
| Escrow Balance | $763.46 |
| Suspense Balance | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $194.05 |
| Interest | $546.08 |
| Escrow (for Taxes and Insurance) | $417.86 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $1,157.99 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50 |
| Assessed Expenses | $0.00 |
| Past Due Payment(s) | $0.00 |
| Total Amount Due | $1,157.99 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $193.43 | $2,367.14 |
| Interest | $546.70 | $5,500.25 |
| Escrow (Taxes and/or Insurance) | $417.86 | $4,143.56 |
| Fees | $7.50 | $118.52 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $1,165.49 | $12,129.47 |

### Important Messages

You are currently due for the 10-1-2019 payment. Your last full payment was applied to the payment due 9-1-2019.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

### Transaction Activity

| Date | | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/12 | 09/12 | Payment | $193.43 | $546.70 | $417.86 | $0.00 | $0.00 | $1,157.99 |
| 09/12 | 09/12 | Payment | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $7.50 |
| 09/12 | | SpeedPay Assessed | $0.00 | $0.00 | $0.00 | -$7.50 | $0.00 | $0.00 |

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Page 1 of 2

---

Complete this coupon; tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number: 7145650607
THOMAS LAMOUREUX

PHH Mortgage Services
P.O BOX 371458
PITTSBURGH, PA 15250-7458

| | |
|---|---|
| Payment Due Date | 10/1/2019 |
| Regular Monthly Payment | $1,157.99 |
| Total New Fees and Charges | $7.50 |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $7.50- |
| Assessed Expenses | $0.00 |
| Past Due Payments | $0.00 |
| Total Amount Due | $1,157.99 |

*If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.*

| | |
|---|---|
| Extra principal | $_____ |
| Extra escrow | $_____ |
| Unpaid late charges | $_____ |
| Other (specify) _____ | $_____ |
| Total check enclosed | $_____ |

99 954 7145650607 0000119499 0000115799 2

# For your information

PHH Mortgage Services will perform all servicing activities for your mortgage loan.

### Pay by phone or web:
You can make your payment by phone at 1-877-729-3273 or visit the website shown on the front of this statement to make a Speedpay payment. You may also make one time additional principal payments as long as your account is current. To have your payment or additional principal post the same business day, your payment must be completed by 8:00 pm ET, Monday through Friday. Please note a fee may apply.

### How we process your payment
When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you would like to opt out of this program or if you have any questions, please call us at the phone number shown on the front of this statement.

### Can I pay additional principal at any time?
Yes. Additional principal payments can be deducted with your Direct Debit monthly payment from your designated checking or savings account. The payment coupon on your statement also allows you to indicate an additional principal payment with your monthly payment.

You can also make a one-time additional principal payment by mailing a check to:

Payment Processing
P.O. Box 371458
Pittsburgh, PA 15250-7458

Please make sure to put both your account number and indicate "Principal Only" in the memo section of your check. Your account must be current in order to make an additional principal payment.

### Receipt and Crediting of Payments
Payments received Monday-Saturday at the address on the payment coupon provided will be credited the date of receipt if 1) in US dollars in the form of a check drawn on a US Bank, and 2) received in the envelope provided with the payment coupon enclosed. All other mailed payments are considered to be non-conforming and may not be credited for up to 5 business days. Please write your loan number on your check and do not send cash or attach your check to the payment coupon. Payments that otherwise comply with the 2 criteria stated but are received on legal holidays or on a Sunday may not be credited until the next business day.

### Information about taxes
If you have an escrow account, we'll arrange with your tax authority to have your regular tax bills sent directly to us. However, some tax authorities may continue to send your regular tax bills to you directly. Your tax authority will send other types of tax bills, such as corrected, supplemental or special assessment bills, directly to you.

If you have an escrow account and you receive a tax bill, write your loan number on the bill and send it as soon as possible to:

PHH Mortgage Services
Attention: Tax Department
P.O. Box 24665
West Palm Beach, FL 33416-4665

For information about your escrow account, such as the date taxes were paid, the amount of taxes paid, or the property description used for tax purposes, visit the website shown on the front of this statement.

### Information about hazard insurance
Under the terms of your mortgage, you must maintain a property insurance policy with the appropriate coverage and deductible amounts.

The coverage must include homeowner/fire, windstorm and earthquake coverage if required. If your home is located in a FEMA designated flood zone, you will also be required to maintain appropriate flood insurance.

04PHM096507    rev 1/19    Page 2

If you have an escrow account, the annual premiums for your hazard insurance will be paid from your escrow account. If you do not have an escrow account, you must provide us a copy of your current hazard insurance policy and payment receipt. If you do not provide us this information, we'll obtain hazard insurance at your expense. The coverage we obtain may not be comparable to a policy that you would choose.

### Contact information for general insurance
Mailing address:                                      Phone: 1-888-882-1855
 PHH Mortgage Services                                Fax: 1-937-525-4210
 Attention: Insurance Department P.O. Box 5954
 Springfield, OH 45501-5954

### Contact information for property damage and loss draft checks
Mailing address:                                      Phone: 1-888-882-1855
 PHH Mortgage Services
 Attention: Loss Draft Department
 P.O. Box 7459 Springfield, OH 45501-7459

For insurance updates, visit www.mycoverageinfo.com and enter PIN CM954.

### Requests for Information and Notices of Error, including Qualified Written Requests
If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred:

PHH Mortgage Services
P.O. Box 66002
Lawrenceville, NJ 08648

### Fees
The following is a list of fees we charge for the services indicated. We may charge a fee for this service where permitted by applicable law. Additional fees may apply for services not listed. For additional information regarding fees, you may contact us at the number on the front of your statement.

| | |
|---|---|
| Loan History | $0 - $10.00 |
| Returned Payment Fee | $0 - $50.00 |
| Paying by Phone or Web | $0 - $17.50 |
| Lien Release | Varies by State |
| Wire Fee | $0 - $25.00 |
| Certified Mail Fee | $0 - $7.30 |
| Payoff Quote | $0 - $30.00 |

### Important Bankruptcy Information
If your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

### Information about Mortgage Counseling or Assistance
If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Additional educational resources are available at Fannie Mae's Know Your Options website, https://www.knowyouroptions.com/.
Additional payment assistance options are also available by contacting PHH Mortgage Services.

### State Disclosures
California Property Owners – An escalation hotline has been established for California consumers with concerns about their mortgage account. The toll-free hotline is available at 877-726-5793. Also, if you would like to request an accounting of your escrow account pursuant to California Civil Code Section 2954, you may contact us to request this information.

---

### Change of name or address
If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                          Suite no.

City                          State                  Zip Code

Home telephone         Business telephone            Extension
(      )               (      )

E-mail address