AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

KATHRYN M. FORREST ET AL
INDIVIDUALLY AND ON BEHALF OF THE CLASS

)
)
)
)
)
)
*Plaintiff(s)*
)
v.
)   Civil Action No. 20-CV-323
)
PHH MORTGAGE CORPORATION
ACI WORLDWIDE CORP/
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PHH MORTGAGE CORPORATION
c/o Agent for Service
Corporation Service Company
222 Jefferson Blvd, Suite 200
Warwick, RI 02888

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 24, 2020__   /s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-323

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) PHH Mortgage Corp
was received by me on (date) 7-29-2020.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) PHH Mortgage Corp, who is designated by law to accept service of process on behalf of (name of organization) C/O A/F/S Corporation Service on (date) 7-29-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ 45.00 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7-29-2020
11:15 AM

Server's signature

PO Box 7588
Printed name and title

Warwick RI
Server's address

Additional information regarding attempted service, etc: